SLIP OPINION

Cite as 2014 Ark. App. 553

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV–13–969

| | |
|---|---|
| ALVESTER BINGHAM | **Opinion Delivered** October 22, 2014 |
| APPELLANT | APPEAL FROM THE DESHA COUNTY CIRCUIT COURT [NO. CV-12-54-3] |
| V. | |
| C & L ELECTRIC COOPERATIVE APPELLEE | HONORABLE ROBERT BYNUM GIBSON, JR., JUDGE |
| | SUPPLEMENTAL ADDENDUM ORDERED |

## BILL H. WALMSLEY, Judge

Appellant Alvester Bingham appeals from the trial court's order granting appellee C&L Electric Cooperative's motion for summary judgment. Due to deficiencies in appellant's addendum, we cannot reach the merits of the appeal. Neither appellant's complaint nor appellee's answer or amended and substituted answer were included in appellant's addendum.

Arkansas Supreme Court Rule 4–2(a)(8) requires the addendum to contain documents in the record on appeal that are essential for the appellate court to confirm its jurisdiction, to understand the case, and to decide the issues on appeal. The addendum must include the pleadings on which the circuit court decided each issue, including the complaint and answer. Ark. Sup. Ct. R. 4–2(a)(8)(A)(i). Therefore, pursuant to Rule 4–2(b)(4), we order appellant to file a supplemental addendum within seven calendar days to provide the necessary pleadings.


Supplemental addendum ordered.

HARRISON and GRUBER, JJ., agree.

*Jack R. Kearney*, for appellant.

*Friday, Eldredge and Clark, LLP*, by: *James C. Baker* and *Kimberly D. Young*, for appellee.